UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD FRIEDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>CHAMPION AUTO LOAN,<br><br>Defendant. | Civil Case No. 2:16-cv-04407-SJF-AKT<br><br>ECF Case<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Todd Friedman voluntarily dismisses this action against the defendant Champion Auto Loan, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i).

Dated: September 13, 2016        **PARIS ACKERMAN & SCHMIERER LLP**

By: *s/ Ross H. Schmierer*
   Ross H. Schmierer, Esq.
   Paris Ackerman & Schmierer LLP
   1200 Avenue of the Americas, 3rd Floor
   New York, NY 10036
   Telephone: 212-354-0030
   Email: ross@paslawfirm.com