F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 14 2016 ★

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

| | |
|---|---|
| TODD FRIEDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>v.<br><br>CHAMPION AUTO LOAN,<br><br>                      Defendant. | Civil Case No. 2:16-cv-04407-SJF-AKT<br><br>ECF Case<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Todd Friedman voluntarily dismisses this action against the defendant Champion Auto Loan, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: September 13, 2016          **PARIS ACKERMAN & SCHMIERER LLP**

                                                      By: *s/ Ross H. Schmierer*
                                                            Ross H. Schmierer, Esq.
                                                            Paris Ackerman & Schmierer LLP
                                                            1200 Avenue of the Americas, 3rd Floor
                                                             New York, NY 10036
                                                             Telephone: 212-354-0030
                                                              Email: ross@paslawfirm.com

So Ordered.
The Clerk of the Court shall close this case.
9/14/16

                          s/ Sandra J. Feuerstein

                                U.S.D.J.